United States District Court
Southern District of Texas
**ENTERED**
July 21, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Equal Employment Opportunity Commission, | § § § § § § § § § § § | |
| Plaintiff, | | |
| versus | | Civil Action H-20-3343 |
| Cash Depot, LTD, | | |
| Defendant. | | |

## Final Judgment

The Equal Employment Opportunity Commission – for Barney Galloway – takes nothing from Cash Depot, LTD. (38)

Signed on July 21, 2021, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge